NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ROBERT SCHULLER,                    )
                                    )
          Appellant,                )
                                    )
v.                                  )      Case No.  2D17-5015
                                    )
STATE OF FLORIDA,                   )
                                    )
          Appellee.                 )
_____ )

Opinion filed October 26, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Ronald N. Ficarrotta,
Judge.

Robert Schuller, pro se.


PER CURIAM.

          Affirmed.



SILBERMAN, BLACK, and ATKINSON, JJ., Concur.